No. 99–8621.  ISAACS v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–8627.  CHESTER v. LOCK, SUPERINTENDENT, CENTRAL MISSOURI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 99–8631.  RICCHIO NAVARRO v. POOLE, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 99–8642.  LEGETTE v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 99–8650.  DAVIDSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 99–8651.  GRAVES v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 99–8668.  AYTCH v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 99–8694.  BUCHANAN v. TATE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–8695.  CARTER v. MORGAN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–8700.  NAUGLE v. OHIO.  Ct. App. Ohio, Stark County. Certiorari denied.

No. 99–8750.  FAULCON v. CITY OF PHILADELPHIA ET AL. C. A. 3d Cir.  Certiorari denied.

No. 99–8767.  PALACIO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–8769.  MONROE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–8777.  ANTHONY v. OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 99–8780.  COHEN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.